UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J&J SPORTS PRODUCTION, INC.,

                      Plaintiff,

-against-

GABRIEL A. FLOREZ and
LATINO PARADISE RESTAURANT CORP.,

                      Defendants,
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 8 2008 ★
BROOKLYN OFFICE

JUDGMENT
07 CV 3451 (JG)(CLP)

      An Order of Honorable John Gleeson, United States District Judge, having filed on August 6, 2008, adopting the Report and Recommendation of Magistrate Cheryl L. Pollak dated July 9, 2008 in full, directing the Clerk to enter judgment in favor of the plaintiff against Gabriel A. Florez and Latino Paradise Restaurant Corp., in the amount of $5,000 in statutory damages, plus an additional $10,000 in enhanced damages and $550 in costs for a total award of $15,500; it is,

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Pollak is adopted in full; that judgment is entered in favor of plaintiff against the defendants, Gabriel A. Florez and Latino Paradise Restaurant Corp., in the amount of $5,000 in statutory damages, plus an additional $10,000 in enhanced damages and $550 in costs for a total award $15,500.

      Dated: Brooklyn, New York
             August 8, 2008

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court